IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KIM DALE,                          )
                                   )
            *Plaintiff*,            )
                                   )
vs.                                )    Case No.:  16-1081-EFM
                                   )
BANK OF AMERICA, N.A.,              )
                                   )
            *Defendant*.            )

ORDER

On January 11, 2017, the Magistrate Judge assigned to this case ordered plaintiff to show cause why this case should not be dismissed, following her non-appearance at two successive scheduling conferences.  Plaintiff was ordered to show case in writing on or before February 10, 2017.  The Show Cause Order was mailed to the last address Plaintiff had on file with this Court.  On February 3, 2017, the order was returned to the Clerk of the Court by the United States Postal Service, as unclaimed and unable to forward.  Pursuant to D. Kan. Rule 5.1(c)(3), each attorney or pro se party is required to notify the clerk of any change in address or phone number, and any notice mailed to the last address of record of an attorney or pro se party is sufficient notice.  The time period for response having passed, and no cause having been shown, it is ordered that this case is dismissed.

**IT IS THEREFORE ORDERED** that the case shall be and is hereby DISMISSED, pursuant to D. Kan. Rule 41.1.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2017.

　　　　　　　　　　　　　　　　　　ERIC F. MELGREN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE